# Alexander Burke

| | |
|---|---|
| **From:** | Delnero, Daniel |
| **Sent:** | Thursday, September 21, 2017 11:57 AM |
| **To:** | 'Alexander Burke' |
| **Cc:** | Justin Holcombe; Dan Marovitch; Jim Feagle; McKenna, Daniel J.; Morris, Pamela |
| **Subject:** | RE: Activity in Case 1:17-cv-02704-ELR Hines v. FDS Bank et al Motion to Compel |

Alex,

We have not had a 26F and discovery has not opened, so your broad discovery request, which go well beyond arbitrability, are premature. Even if they were limited to arbitrability, Defendants disagree that Plaintiff is entitled to discovery because he has not disputed the proofs submitted to the Court or identified any other good faith basis to question arbitrability.

The documents submitted in connection with the motion to compel and provided to you previously clearly prove that this case must be compelled to individual arbitration. If you believe otherwise, you must oppose that motion and show therein a good faith factual basis to challenge the evidence submitted.

But as the record stands now, there does not appear to be a good-faith need for discovery.


**Daniel L. Delnero**



999 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309-3915
678.420.9498 D RECT
678.420.9301 FAX

delnerod@ballardspahr.com

www.ballardspahr.com

---

**From:** Alexander Burke [mailto:aburke@burkelawllc.com]
**Sent:** Tuesday, September 19, 2017 5:36 PM
**To:** Alexander Burke
**Cc:** Delnero, Daniel (Atlanta); Justin Holcombe; Dan Marovitch; Jim Feagle
**Subject:** Re: Activity in Case 1:17-cv-02704-ELR Hines v. FDS Bank et al Motion to Compel

Daniel,

Following up on this request.

We also request that defendants please agree to stay briefing in the motion to compel arbitration until the discovery motion is decided.

Alex Burke

Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312)729-5288
ABurke@BurkeLawLLC.com

On Sep 17, 2017, at 9:08 AM, Alexander Burke <ABurke@burkelawllc.com> wrote:

> Daniel,
>
> Plaintiff has reviewed the motion to compel discovery filed Friday afternoon by Defendants.
>
> Before sending this case to arbitration, the Court must first resolve the question of whether a valid agreement to arbitrate has been formed through an evidentiary hearing, applying a summary judgment standard. See, e.g., *Magnolia Capital Advisors, Inc. v. Bear Stearns & Co.*, 272 F. App'x 782, 785 (11th Cir. 2008); *Three Valleys Mun. Water Dist. v. E.F. Hutton & Co.*, 925 F.2d 1136, 1141 (9th Cir. 1991).
>
> Plaintiff therefore requests that Defendants please respond to the attached discovery requests relating to Defendants' arbitration motion.
>
> Alex
>
> ## BURKE LAW OFFICES, LLC
>
> 155 N. Michigan Ave., Suite 9020
> Chicago, IL 60601
> (312) 729-5288
> ABurke@BurkeLawLLC.com
> www.BurkeLawLLC.com
>
> **From:** ganddb_efile_notice@gand.uscourts.gov [mailto:ganddb_efile_notice@gand.uscourts.gov]
> **Sent:** Friday, September 15, 2017 1:17 PM
> **To:** CourtMail@gand.uscourts.gov
> **Subject:** Activity in Case 1:17-cv-02704-ELR Hines v. FDS Bank et al Motion to Compel
>
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
>
> **U.S. District Court**
>
> **Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered by Delnero, Daniel on 9/15/2017 at 2:17 PM EDT and filed on 9/15/2017

| | |
|---|---|
| **Case Name:** | Hines v. FDS Bank et al |
| **Case Number:** | 1:17-cv-02704-ELR |
| **Filer:** | Department Stores National Bank |
| | FDS Bank |// 
| **Document Number:** | 10 |

**Docket Text:**
**MOTION to Compel Arbitration with Brief In Support by Department Stores National Bank, FDS Bank. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D - Part 1 of 2, # (5) Exhibit D - Part 2 of 2)(Delnero, Daniel)**

**1:17-cv-02704-ELR Notice has been electronically mailed to:**

Alexander H. Burke    ABurke@Burkelawllc.com, dmarovitch@burkelawllc.com, MRomanelli@BurkeLawLLC.com

Clifton Dorsen    cdorsen@skaarandfeagle.com, lgray@skaarandfeagle.com

Daniel L. Delnero    delnerod@ballardspahr.com, DocketClerk_Atlanta@ballardspahr.com, morrisp@ballardspahr.com, southerlandl@ballardspahr.com

James Marvin Feagle    jfeagle@skaarandfeagle.com, kfeagle@skaarandfeagle.com, mskaar@skaarandfeagle.com

Justin Tharpe Holcombe    jholcombe@skaarandfeagle.com, cdorsen@skaarandfeagle.com, justintholcombe@gmail.com

Kris Kelly Skaar    krisskaar@aol.com

**1:17-cv-02704-ELR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/15/2017] [FileNumber=8757602-0
] [13796f85d26eb830950c02b1a91b73f23acf275167c85432b458d7e2fc6300f9bb3
f156ebeffced50c6c3d72d056651876b220fdb31c68f1c8dd8af3fcbc31ff]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/15/2017] [FileNumber=8757602-1
] [3ba139d86782bbb96d9a6512ec55fe00c50f70eb1cf70cf79919bae262756d4db54
5ad356eff63720276046fd575e6d8bb687449ad85e45c2ed47a32caf65845]]
**Document description:** Exhibit B

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/15/2017] [FileNumber=8757602-2
] [583a3e2d8b3e1d17fa34c5dd051ef318f089083aa009532cdf99b8a9c4a89d5fdbf
3b846e7f593b8a498866eb3445f7138a6aa6a078beda792757d5d0eff558f]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/15/2017] [FileNumber=8757602-3
] [3fa77ef71b69a4b8471592ad72e5e037ab977c155530b1f8e2e445edfec8a44d94d
64f12f973d0241280978bfe9b80906fe13ead74c46bcf345f054b0d70f277]]
**Document description:**Exhibit D - Part 1 of 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/15/2017] [FileNumber=8757602-4
] [7f333c19ba7a0cf0158b0b784cbf94728defd30f00bce55b0cc785be58eae916357
fb10b69ede610f6a53c831dd8afc06f5856e48c666da04006311a62974758]]
**Document description:**Exhibit D - Part 2 of 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/15/2017] [FileNumber=8757602-5
] [8ced3f2a69e3189bba88857911598b71c6c8156887473348af2d12c29518b6cebe4
b9acd43f5a9a63e5cfcad6d59905f1ddb5e96052312278b03765e29ad3017]]

<Hines v. DSNB Arbitration-Related Interrogatories 09.17.2017.pdf>

<Hines v. DSNB Arbitration-Related RFPs 09.17.2017.pdf>