IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAWN HINES, : <br> : <br> Plaintiff, : <br> : Civil Action File <br> v. : <br> : No. 1:17-cv-02704-ELR <br> FDS BANK and DEPARTMENT STORES : <br> NATIONAL BANK, : <br> : <br> Defendants. : | |

## **JURY TRIAL DEMAND**

COMES NOW PLAINTIFF, Shawn Hines, and hereby demands a trial by jury on all issues to triable, including a trial by jury on issues concerning the making of the alleged arbitration agreement. 9 U.S.C. § 4. However, such a jury trial shall only be held if the Court cannot determine the motion as a matter of law. *Bazemore v. Jefferson Capital Systems, LLC*, 827 F.3d 1325, 1333-34 (11th Cir. 2016).

                                                   SKAAR & FEAGLE, LLP

                               by:     /s/ Justin T. Holcombe
                                               Justin T. Holcombe
                                               Georgia Bar No. 552100
                                               jholcombe@skaarandfeagle.com
                                               133 Mirramont Lake Drive
                                               Woodstock, GA 30189
                                               (770) 427 - 5600 voice

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 13, 2017, I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Georgia using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Justin T. Holcombe*