IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHAWN HINES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action File |
| v. | : | |
| | : | No. 1:17-cv-02704-MLB |
| FDS BANK and DEPARTMENT STORES NATIONAL BANK, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to the Claims of Plaintiff Shawn Hines.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:   / s/ Justin T. Holcombe
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
(770) 427-5600